**Electronically Filed**
**Supreme Court**
**SCWC-21-0000027**
**18-MAY-2023**
**08:41 AM**
**Dkt. 20 OCOR**

SCWC-21-0000027

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

KIEU MEYER, STEPHEN MEYER, KIEU MEYER ON BEHALF OF A MINOR,
Respondents/Petitioners-Appellees,

vs.

JAMES BASCO and MARY BASCO, Petitioners/Respondents-Appellants.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000027; Case No. 2DSS-20-0000144)

ORDER OF CORRECTION
(By: McKenna, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed March 7, 2023, is corrected as follows:

On page 13, in footnote 8 on line 2, the word "part" shall be replaced with "party."

On page 17, line 23, the word "petition" shall be replaced with the word "petitioner."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, May 18, 2023.

/s/ Sabrina S. McKenna

Associate Justice

